IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  vs.<br><br>BUMATET G. DUOP,<br><br>                  Defendant. | NO. 8:22-CR-147<br><br>ORDER OF DISMISSAL |

The United States has moved for leave to dismiss the Superseding Indictment as to defendant Bumatet G. Duop (Count V) only, Filing 354, under Federal Rule of Criminal Procedure 48(a). Accordingly,

IT IS ORDERED that the Motion to Dismiss the Superseding Indictment, Filing 354, is granted as to defendant Bumatet G. Duop.

Dated this 19th day of August, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1